THOMAS GREENLEAF, as Trustee under an Agreement between LOUIS H. BLAKEMAN and ELEANOR L. BLAKEMAN, Respondent, *v.* WILLIAM T. SCHLEY et al., as Executors of LOUIS H. BLAKEMAN, Deceased, Appellants, and ELEANOR L. BLAKEMAN, Respondent.

*Greenleaf* v. *Blakeman,* 40 App. Div. 371, affirmed.
(Argued March 26, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1899, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William H. Hamilton* and *William L. Kiefer* for appellants.

*George Richards* for plaintiff, respondent.

*John E. Roeser* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.